# WEISBERG CUMMINGS

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| LARRY A. WEISBERG | 2704 COMMERCE DRIVE, SUITE B | STEVE T. MAHAN |
| DEREK W. CUMMINGS*^ | HARRISBURG, PENNSYLVANIA 17110-9380 | MICHAEL J. BRADLEY |
| *CERTIFIED PUBLIC ACCOUNTANT | | PHONE: 717.238.5707 |
| ^MEMBER ARIZONA BAR | | FAX:   717.233.8133 |

January 3, 2022

*VIA ECF*

The Honorable Yvette Kane
United States District Judge
Federal Building & Courthouse
228 Walnut Street
P.O. Box 11817
Harrisburg, PA 15219

   **RE:** *Angela Thompson v. Rite Aid of Pennsylvania, LLC.*
     **Civil Action No. 1:21-CV-01829-YK**

Dear Judge Kane:

  I am writing to advise you that the parties in the above-referenced civil action have reached an agreement to resolve this matter. At this time, the parties are in agreement that the Court may process this case as settled and to that end, we respectfully request that the court issue an order dismissing the action without costs and without prejudice to the right of either party, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

  We appreciate your consideration of our request. Should you have any questions, please contact me at (717) 238-5707.

           Respectfully yours,

           */s/ Michael J. Bradley*

           Michael J. Bradley
           PA Bar ID # 329880

           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above forgoing Notice of Settlement was electronically filed with the Court and served by electronically filing on the date set forth below.

<u>January 3, 2022</u>  </br>
Date

<u>*/s/ Michael J. Bradley*</u>  </br>
Michael J. Bradley