## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA THOMPSON, | ) |
| | ) CIVIL ACTION NO.: |
| Plaintiff, | )          1:21-cv-01829-YK |
| | ) |
| v. | ) (Judge Kane) |
| | ) |
| RITE AID OF PENNSYLVANIA, LLC | ) |
| | ) *ELECTRONICALLY FILED* |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, ANGELA THOMPSON, and Defendant, RITE AID OF PENNSYLVANIA, LLC, constituting all of the parties of record in the above-captioned action, hereby stipulate and agree to the dismissal of the above-captioned action in its entirety and with prejudice.

Respectfully submitted,

/s/ Derrek W. Cummings
Derrek W. Cummings, Esquire
dcummings@weisbergcummings.com
**WEISBERG CUMMINGS, P.C.**
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (Fax)

*Counsel for Plaintiff*

/s/ Brian P. Downey
Brian P. Downey, Esquire
brian.downey@troutman.com
**TROUTMAN PEPPER
HAMILTON SANDERS LLP**
100 Market Street, Suite 200
Harrisburg, PA 17101
(717) 255-1192

*Counsel for Defendant*